IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| TINA H. HARTMAN, | ) | Civil No. 3:07-CV-5644-KLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER FOR |
| | ) | ATTORNEY FEES |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

Based on the stipulation of the parties it is hereby ORDERED, that attorney fees in the amount of $4,390.31, expenses in the amount of $52.01, for a total of $4,442.32, shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and that costs in the amount of $366.00 should be awarded to Plaintiff pursuant to 28 U.S.C. § 1920. The check(s) shall be mailed to Plaintiff's attorney's office: Teal M. Parham, 910 12th Avenue - PO Box 757, Longview, WA 98632. Any assignment of the award shall comply with the Assignments of Claims provisions of 31 U.S.C. § 3727.

ORDER [3:07-CV-5644-KLS] -1

|   |   |
|---|---|
| 1 | |
| 2 | DATED this 4TH day of December, 2008. |

*(signature)*
Karen L. Strombom
United States Magistrate Judge

Presented by:

s/TEAL M. PARHAM
Teal M. Parham WSB #21954
Attorney for Plaintiff
910 12th Avenue
Longview WA  98632
Telephone:  (360) 423-3810
FAX:  (360) 423-3812
tparham@mcleodusa.net

ORDER  [3:07-CV-5644-KLS] -2